UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN GUY,<br><br>   Plaintiff,<br><br>v.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY and EMC CORPORATION LONG TERM DISABILITY PLAN,<br><br>   Defendant. | CASE NO. CV 11-03453 SI<br><br>(~~PROPOSED~~) ORDER RE: STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND REQUEST FOR TELEPHONIC APPEARANCE<br><br>Current Date:  September 30, 2011<br>Proposed Date: October 7, 2011<br>Time:          2:30 p.m. |

   Good cause appearing therefor, the Case Management Conference is continued to October 7, 2011, at 2:30 p.m. Counsel may appear by telephone.

DATED: __10/21/11____     _____
                          HON. SUSAN ILLSTON
                          UNITED STATES DISTRICT JUDGE