AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

BRIAN GUY,

                    Plaintiff(s),

V.

HARTFORD LIFE GROUP INSURANCE COMPANY, et al.,

                    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 11-03453 SI

Notice is hereby given that, subject to approval by the court, __EMC Corporation Long Term Disability Plan__ substitutes
                                                                                        (Party(s) Name)

Daniel W. Maguire, State Bar No. 120002 as counsel of record in
(Name of New Attorney)

place of Walter M. Stella.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Burke, Williams & Sorensen, LLP
    Address: 444 S. Flower Street, Suite 2400, Los Angeles, CA 90071-2953
    Telephone: 213.236.0600     Facsimile 213.236.2700
    E-Mail (Optional): dmaguire@bwslaw.com

I consent to the above substitution.

Date: September 27, 2011

                                        Stewart A Broder, Corporate Counsel
                                                              (Signature of Party(s))

I consent to being substituted.

Date: September 27, 2011

                                       EMC Corporation Long Term Disability Plan

                                                              (Signature of Former Attorney(s))
                                         WALTER M. STELLA

I consent to the above substitution.

Date: September 23, 2011

                                                             (Signature of New Attorney)
                                         DANIEL W. MAGUIRE

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/29/11

                                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

LA #4829-9801-8570 v1